1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARK DAVID HARRISON,                    No.  2:22-cv-1020 KJM CKD P

12                 Petitioner,

13        v.                                 ORDER

14   D. BREWER,

15                 Respondent.

16

17        Petitioner, a federal prisoner proceeding pro se, has filed an application for a writ of

18   habeas corpus under 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate

19   Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On July 25, 2022, the magistrate judge filed findings and recommendations, which were

21   served on petitioner and which contained notice to petitioner that any objections to the findings

22   and recommendations were to be filed within fourteen days.  Petitioner has not filed objections to

23   the findings and recommendations.

24        The court presumes that any findings of fact are correct.  *See Orand v. United States*,

25   602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

26   de novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

27   by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

28   /////

                                            1

1    . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

2    supported by the record and by the proper analysis.

3            Accordingly, IT IS HEREBY ORDERED that:

4            1.  The findings and recommendations filed July 25, 2022, are adopted in full.

5            2.  Petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2241 is denied

6    without prejudice to petitioner filing a motion under 28 U.S.C. § 2255 in the United States

7    District Court for the Middle District of Florida.

8            3.  Petitioner's August 3, 2022 "Motion for Release Pending Adjudication" is denied.

9            4.  The clerk of court is direct to close this case.

10   DATED:  October 30, 2022.

11

12   _____

     CHIEF UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2